```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUNIQUE AGOSTINI,

        Plaintiff,

- against -

STANCE, INC.,

        Defendant.

24-cv-9061 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **January 17, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated: New York, New York
      November 27, 2024

                                 John G. Koeltl
                            United States District Judge