**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

April 24, 2025

```
Application Granted. SO ORDERED.

Dated:  April 25, 2025         /s/ John G. Koeltl
        New York, New York     John G. Koeltl, U.S.D.J.
```

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Agostini v. Stance, Inc.;* Case No. 1:24-cv-09061-JGK

Dear Judge Koeltl:

We represent Defendant Stance, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from April 24, 2025 to June 9, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)