UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUNIQUE AGOSTINI,

                Plaintiff,        24-cv-9061 (JGK)

   - against -               ORDER

STANCE, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update by **June 17, 2025**.

SO ORDERED.
Dated:   New York, New York
          June 10, 2025

                                           John G. Koeltl
                               United States District Judge